Monday September 12, 2016

84,231-02

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2016

Abel Acosta, Clerk

Re: Cause No. WR-84,231-02 Teague v. Finley

Dear Clerk:

Please find enclosed my Motion to Withdraw and Dismiss Original Petition for Writ of Mandamus. Please file said motion and bring it to the attention of the Court and request a ruling.

Please also notify me of the Court's ruling at the address listed below.

Sincerely yours,

x _Anthony David Teague_

Anthony David Teague
Relator, prose
TDCJ-ID#: 1976916
James A. Lynaugh Unit
1098 S. Hwy 2037
Ft. Stockton, TX 79735

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

ANTHONY DAVID TEAGUE,
Relator, pro se,

V.

LYNNE FINLEY, District Clerk of Collin County,
In her official capacity, Respondent.

## MOTION TO WITHDRAW AND DISMISS ORIGINAL PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Anthony David Teague, Relator, pro se, and moves this Honorable Court to withdraw and dismiss his Original Petition for Writ of Mandamus. In support, Relator would show the Court the following:

1. This cause of action was filed in this court on July 19, 2016.

2. Said cause sought to compel the Respondent to comply with state statute and court rule mandating that Relator's Application for Writ of Habeas Corpus and all supporting materials be forwarded from the District Clerk's Office to this Court.

3. Since the time of its original filing, Relator has learned that Respondent has complied or substantially complied with his requests to forward the aforementioned documents to this court.

4. This action has been rendered moot by said compliance by Respondent.

5. Relator has no interest in prosecuting moot litigation and society has an interest in conserving scarce judicial and clerical resources.

6. This Petition should be dismissed without prejudice.

WHEREFORE, premises considered, Relator prays his motion in all things be granted.

Respectfully submitted,

X _Anthony David Teague_

Anthony David Teague
· Relator, pro se
TDCJ-ID#: 1976916
James A. Lynaugh Unit
1098 S. Hwy 2037
Ft. Stockton, TX 79735

## CERTIFICATE REGARDING SERVICE

I hereby certify that no copy has been served on the Respondent as Relator does not believe it necessary as no citation was ever issued or served on Respondent.

X _Anthony David Teague_

Anthony David Teague
Relator, pro se